IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-HC-2076-FA

**UNITED STATES OF AMERICA,**

    **Petitioner,**

**v.**                                            **JUDGMENT ORDER**

**JOHN BLANFORD KING,**

    **Respondent.**

For reasons to be expressed in the Findings of Fact and Conclusions of Law to be filed forthwith, the court hereby finds by clear and convincing evidence that respondent is a sexually dangerous person and is therefore ORDERED COMMITTED to the custody of the United States Attorney General as a sexually dangerous person pursuant to 18 U.S.C. § 4248(d).

The Clerk is directed to send a certified copy of this Judgment Order to counsel of record.

**IT IS SO ORDERED** this 29th day of March, 2013.

                                          ENTER:

                                          David A. Faber
                                          Senior United States District Judge