IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-HC-2076-FA

UNITED STATES OF AMERICA,

      Petitioner,

v.                                                      ORDER

JOHN BLANFORD KING,

      Respondent.


This case comes before the court on the government's motion (D.E. 76) for permission to produce the various experts' forensic evaluations of respondent, which have been filed under seal in this case, to state officials in accordance with 18 U.S.C. § 4248(d) and to United States Probation officials for official law enforcement purposes. The court's Standing Order regarding Procedures for Commitments under 18 U.S.C. § 4248, no. 11-SO-04 (E.D.N.C. 14 Nov. 2011), was recently amended to specifically permit the disclosures requested by the government on terms specified in the Amended Standing Order. Amended Standing Order regarding Procedures for Commitments under 18 U.S.C. § 4248, no. 13-SO-02 (E.D.N.C. 21 Oct. 2013) ¶¶ 1, 17. Accordingly, the government's motion (D.E. 68) is DENIED AS MOOT.

The Clerk is directed to send a copy of this Order to counsel of record, Mr. King, and the Office of the Federal Public Defender.

**IT IS SO ORDERED** this 30th day of September, 2014.

ENTER:

David A. Faber
Senior United States District Judge